**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No.1:09-CR-00091-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO RODRIGUEZ-JIMINEZ,
a/k/a Francisco Orlando Rodriguez,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Francisco Rodriguez-Jiminez, FBI # 502599XB8, before a United States Magistrate Judge, forthwith, for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this ___14th___ day of July, 2009.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge