**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00091-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO RODRIGUEZ-JIMINEZ,
   a/k/a Francisco Orlando Rodriguez,

    Defendant.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **August 13, 2009** and responses to these motions shall be filed by **August 20, 2009**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **September 18, 2009, at 2:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **September 25, 2009,**

**at 9:00 a.m.**, in Courtroom A602.

DATED: July 30, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge